UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA HARTZ,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | CASE NO. C21-5395-BAT<br><br>**ORDER GRANTING MOTION TO CHANGE VENUE** |

      Plaintiff moves for a change of venue pursuant to Federal Rule of Civil Procedure 12(b)(3). Dkt. 12. Plaintiff states that she has changed her residence to the Southern District of Florida, rendering this district an improper venue, and that the motion is unopposed. Accordingly, the motion is **GRANTED** and the Court hereby **ORDERS** that this case be transferred to the Southern District of Florida.

      DATED this 7th day of October, 2021.

                                            BRIAN A. TSUCHIDA
                                          United States Magistrate Judge

ORDER GRANTING MOTION TO CHANGE VENUE - 1