UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-14418-MIDDLEBROOKS/MCCABE

BARBARA HARTZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Ryon M. McCabe (the "Report") on May 17, 2023. (DE 34). The Report recommends denying Plaintiff's Motion for Summary Judgment (DE 28), granting Defendant's Motion for Summary Judgment (DE 31), and upholding the Administrative Law Judge's decision. No objections to the Report have been filed and the deadline for doing so has passed.

After conducting an independent *de novo* review of the record in this case, the Court agrees with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 34) is **RATIFIED, ADOPTED, and APPROVED** in its entirety.

(2) Defendant's Motion for Summary Judgment (DE 31) is **GRANTED.**

(3) Plaintiff's Motion for Summary Judgment (DE 28) is **DENIED.**

(4) The ALJ's decision is **AFFIRMED.**

(5) Final Judgment will be entered by separate order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 6th day of June, 2023.

_____
Donald M. Middlebrooks
United States District Judge